IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARCI J. KEATTS

              Plaintiff,

v.                                                                              Civil Action No: 3:19cv535

LECLAIRRYAN, PLLC (formerly
LECLAIRRYAN, a Professional
Corporation), and ULX PARTNERS, LLC

              Defendants

NOTICE OF RELATED CASE

In accordance with the Attorney Civil Case Opening Procedures (revised July 2, 2019), Plaintiff advises the Court of a potentially related case, *Craddock v. LeClair Ryan, a Professional Corporation*, Civil Action No. 3:16-cv-11.

The instant case involves gender based pay discrimination against a non-attorney staff employee of Defendants LeClairRyan, PLLC and ULX Partners, LLC. The *Craddock v. LeClairRyan* case involved gender based pay discrimination against an attorney employee of Defendant LeClairRyan.

              Respectfully Submitted,

              **MARCI J. KEATTS**

              By: _/s/_ *Harris D. Butler*
                    Counsel

Harris D. Butler, III (VSB No. 26483)
BUTLER ROYALS, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
(804) 648-4848 (telephone)
(804) 237-0413 (facsimile)
harris.butler@butlerroyals.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of July, 2019, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF).

*/s/ Harris D. Butler*
Harris D. Butler, III (VSB No. 26483)
BUTLER ROYALS, PLC
140 Virginia Street, Suite 302
Richmond, Virginia  23219
(804) 648-4848 (telephone)
(804) 237-0413 (facsimile)
harris.butler@butlerroyals.com

*Counsel for Plaintiff*